IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

TONY LAMAR MAYS,
                Plaintiff/
                Cross-claimant,

v.

AL-AMIN BROTHERS TRANSPORTATION, L.L.C., and ART LEASING, INC.,
                Defendants/
                Third Party Plaintiffs,

v.

COMMERCE and INDUSTRY INSURANCE CO.,
                Third Party Defendant/
                Cross Defendant.

Civil Number 3:08CV765

## **FINAL ORDER**

THIS MATTER is before the Court on Defendants's and Third-Party Defendant's Rule 12(b)(1) and 12(b)(6) Motions to Dismiss (Doc. Nos. 31 and 38), Defendants's Motion to Amend (Doc. No. 43), and Plaintiff's Motion for Leave to File a Sur-Reply (Doc. No. 50). For the reasons stated in the accompanying Memorandum Opinion, this Court GRANTS WITHOUT PREJUDICE the Motions to Dismiss, GRANTS Defendants Motion to Amend, and GRANTS Plaintiff's Motion for Leave to File a Sur-Reply.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

                                          /s/
                                James R. Spencer
                                Chief United States District Judge

Entered this ___11th___ day of June 2009.